Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-13981 / MBK**

Alan M. Greenspan
Kimberly J. Greenspan

Petition Filed Date: 05/09/2023
341 Hearing Date: 06/08/2023
Confirmation Date: 09/27/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2025 | $500.00 | | 01/31/2025 | $500.00 | | 02/28/2025 | $500.00 | |
| 03/20/2025 | $500.00 | | 05/02/2025 | $500.00 | | 06/02/2025 | $500.00 | |
| 06/27/2025 | $500.00 | | 07/24/2025 | $500.00 | | 08/29/2025 | $500.00 | |
| 09/29/2025 | $500.00 | | 10/30/2025 | $500.00 | | 12/01/2025 | $500.00 | |
| 01/05/2026 | $500.00 | | 01/30/2026 | $500.00 | | | | |

**Total Receipts for the Period: $7,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $16,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alan M. Greenspan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq.<br>»» AMD DISCLOSURE 9/22/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $22,678.33 | $945.32 | $21,733.01 |
| 2 | WELLS FARGO BANK,NA | Unsecured Creditors | $5,597.11 | $222.75 | $5,374.36 |
| 3 | WELLS FARGO BANK,NA | Unsecured Creditors | $7,587.62 | $301.97 | $7,285.65 |
| 4 | WELLS FARGO BANK, NA<br>»» P/5 SAVANNAH DR/1ST MTG/ORDER 6/9/23 | Mortgage Arrears | $2,957.10 | $2,957.10 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» SOFI | Unsecured Creditors | $24,906.17 | $1,038.19 | $23,867.98 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,566.55 | $221.54 | $5,345.01 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,769.45 | $150.02 | $3,619.43 |
| 8 | JPMORGAN CHASE BANK, N.A.<br>»» 2021 SUBARU ASCENT | Debt Secured by Vehicle | $549.75 | $549.75 | $0.00 |
| 9 | TD RETAIL CARD SERVICES | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | TD RETAIL CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CARNIVAL | Unsecured Creditors | $8,050.84 | $335.59 | $7,715.25 |
| 12 | WELLS FARGO BANK, NA | Unsecured Creditors | $11,203.68 | $467.01 | $10,736.67 |
| 13 | WELLS FARGO BANK, NA | Unsecured Creditors | $13,331.89 | $555.72 | $12,776.17 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $17,945.07 | $748.02 | $17,197.05 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $78.36 | $0.00 | $78.36 |

**Chapter 13 Case No. 23-13981 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $9,311.31 | $388.13 | $8,923.18 |
| 17 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $22,040.64 | $918.74 | $21,121.90 |
| 18 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $20,006.84 | $833.97 | $19,172.87 |
| 19 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $18,782.14 | $782.92 | $17,999.22 |
| 20 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $16,187.60 | $674.77 | $15,512.83 |
| 21 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $10,812.28 | $450.70 | $10,361.58 |
| 22 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $11,554.23 | $481.63 | $11,072.60 |
| 23 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,954.69 | $117.59 | $2,837.10 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDINGCLUB CORP | Unsecured Creditors | $13,051.93 | $544.06 | $12,507.87 |
| 25 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2020 FORD ESCAPE/ORDER 9/13/23 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 26 | PNC BANK, NA<br>»» 5 SAVANNAH DR/2ND MTG | Mortgage Arrears | $634.16 | $634.16 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,500.00 | Plan Balance: | $13,500.00 ** |
| Paid to Claims: | $14,319.65 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $1,202.98 | Arrearages: | $0.00 |
| Funds on Hand: | $977.37 | Total Plan Base: | $30,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**